## UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF FLORIDA

### CASE NO. 15-80223-CR-MIDDLEBROOKS/ BRANNON



UNITED STATES OF AMERICA,
    Plaintiff,

VS.

SHANE BOOTHE
    Defendant,
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    **THIS CAUSE** is before the undersigned upon an Order of Reference from the Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, to conduct a hearing for an acceptance of a guilty plea by the Defendant in the above referenced case. [DE 12]. This Court, having conducted a change of plea hearing on December 23, 2015, makes the following recommendation:

    1.    On December 23, 2015, this Court convened a hearing to permit the Defendant to enter a change of plea in this case. At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. A written plea agreement has been entered into by the parties in this case. This court reviewed the plea agreement on the record and had Defendant acknowledge that he signed the plea agreement. This Court also made certain the Defendant was aware of any minimum mandatory sentence and maximum sentence which could be imposed in this case pursuant to the plea agreement and applicable statutes.

5. The Defendant pled guilty to Count 1 of the Information which charges the Defendant with Encouraging and Inducing an Alien to Enter the United States, in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

6. The government provided a factual basis for the entry of the plea in the plea agreement which included all of the essential elements of the crime to which the Defendant is pleading guilty, and any sentencing enhancements and /or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Information. The Defendant acknowledged the possible maximum penalty which could be imposed in this case.

7. Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that Defendant, Shane Boothe, be found to

have freely and voluntarily entered a guilty plea to Count 1 of the Information as more particularly described herein, and that the Defendant be adjudicated guilty of the offense.

8. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing will be set by Judge Middlebrooks Chambers.

**ACCORDINGLY**, the undersigned recommends to the District Court that the Defendant's plea of guilty be accepted, that Defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Donald M. Middlebrooks.

**DONE AND SUBMITTED** this 23 day of December, 2015, at West Palm Beach, Florida.

_____
**DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished:
Hon. Donald M. Middlebrooks
AUSA-Susan Osborne
AFPD-Kristy Militello
U.S. Probation
U.S. Marshal